1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  ALEXA L. WOERNER, Bar No. 267609
   awoerner@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone: 925.932.2468
   Facsimile: 925.946.9809

6

7  Attorneys for Defendant
   OFFICE DEPOT, INC.

8  STEPHEN F. HENRY, Bar No. 142336
   shenry@SHenrylaw.com
9  2625 Alcatraz Avenue, #615
   Berkeley, California 94705
10 Telephone: 510.898-1883
   Facsimile: 510.295.2516

11

12 Attorney for Plaintiff
   BOMANI NANTAMBU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOMANI NANTAMBU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, a Delaware corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendant. | Case No. C13-01456-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE AND TO ALLOW PLAINTIFF'S DEPOSITION PRIOR TO ADR** |

(CASE NO. C13-01456-EMC)                    STIPULATION AND PROPOSED ORDER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1  WHEREAS, on July 25, 2013, the Honorable Edward M. Chen ordered that Plaintiff Bomani Nantambu ("Plaintiff") and Defendant Office Depot ("Defendant") participate in mediation by November 22, 2013, and stayed formal discovery, with the exception of focused written discovery and document exchange, pending mediation.

WHEREAS, the parties have agreed to mediate this case with retired Judge Richard Hodge.

WHEREAS, Defendant believes that taking Plaintiff's deposition prior to mediation is necessary to facilitate a meaningful mediation and is currently in the process of meeting and conferring with Plaintiff's counsel to schedule a mutually agreeable date for Plaintiff's deposition. However, the parties do not believe that they will be able to schedule both Plaintiff's deposition and private mediation prior to November 22, 2013.

THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned parties, through their counsel of record:

1. The mediation deadline in this case be continued from November 22, 2013, to January 18, 2014, and

2. Defendant be permitted to take Plaintiff's deposition prior to mediation in this case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated: November 13, 2013        /S/  Alexa L. Woerner
                                Michael E. Brewer
                                Alexa. L. Woerner
                                LITTLER MENDELSON, P.C.
                                A Professional Corporation
                                Attorneys for Defendant
                                OFFICE DEPOT, INC.


Dated: November 13, 2013        /S/  Stephen F. Henry
                                Stephen F. Henry
                                Attorneys for Plaintiff
                                BOMANI NANTAMBU

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. C13-01456-EMC)        2.        STIPULATION AND PROPOSED ORDER

1  I, the filer of this document, attest that all other signatories listed, and on whose behalf the
2  filing is submitted, concur in the filing's content and have authorized the filing.

3

4

5  Dated: November 13, 2013    /S/  Alexa L. Woerner
   Michael E. Brewer
6  Alexa. L. Woerner
   LITTLER MENDELSON, P.C.
7  A Professional Corporation
   Attorneys for Defendant
8  OFFICE DEPOT, INC.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED. Further CMC reset from 12/5/13 to 2/6/14 as 10:30 a.m.

10  Dated: ___11/19/13_____     _____
11                                             HON. EDWARD M. CHEN
                                               UNITED STATES DISTRICT JUDGE
12  Firmwide:124129406.1 063095.1064

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

(CASE NO. C13-01456-EMC)    3.    STIPULATION AND PROPOSED ORDER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468