**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOMANI NANTAMBU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, a Delaware corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C13 01456 EMC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to and request dismissal with prejudice of all claims and causes of action contained within Plaintiff's complaint filed in this action.

Dated: July 29, 2014

STEPHEN F. HENRY, ESQ.

By: /s/Stephen F. Henry
STEPHEN F. HENRY
Attorney for Plaintiff

Dated: July 29, 2014

By: /s/ Philip A. Simpkins
MICHAEL E. BREWER
PHILIP A. SIMPKINS
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
OFFICE DEPOT, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California]*